**No. 55833.**—Norda Essential Oil & Chemical Co., Inc. *v.* United States, protest 171210–K. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of the essential and distilled oil of amyris balsamifera similar in all material respects to that the subject of Abstract 54349, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 24, 1951

**No. 55834.**—R. H. Macy & Co., Inc. *v.* United States, protests 114645–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the merchandise was held properly dutiable at the base rate of $1.20 each as watch movements more than $\frac{9}{10}$ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

AUGUST 22, 1951

**No. 55835.**—Davies Turner & Co. *v.* United States, protest 134164–K.— Plaintiff's application for rehearing denied.